IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

HENRY ANDERSON AND ETHEL ANDERSON,

     Appellants,

 v.                        Case No. 5D22-162
                            LT Case No. 2019-CA-000042

MCCLOSKEY HOMES, INC.,

     Appellee.
_____/

Decision filed October 18, 2022

Appeal from the Circuit Court
for Lake County,
Brian Welke, Judge.

Andrew B. Greenlee, of Andrew B.
Greenlee, P.A., Sanford, for Appellants.

D. Frank Wright and Cole J. Copertino, of
Wright, Fulford, Moorhead & Brown, P.A.,
Altamonte Springs, for Appellee.

PER CURIAM.

    AFFIRMED.

EISNAUGLE and HARRIS, JJ., and ORFINGER, R.B., Senior Judge,
concur.